UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LOBECK,<br>Plaintiff,<br>v.<br>JP MORGAN CHASE BANK, N.A.,<br>Defendant. | No. 2:25-cv-3616 DAD AC PS<br><br><u>ORDER</u> |

This case was removed from state court on December 15, 2025. ECF No. 1. Plaintiff is proceeding in pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant filed a motion to dismiss. ECF No. 5. Then, on January 5, 2026, plaintiff filed a First Amended Complaint (ECF No. 18), rendering moot defendant's initial motion to dismiss. Defendant responded to the First Amended Complaint with another Motion to Dismiss. ECF No. 25. The undersigned recommended that the motion to dismiss be granted, with partial leave to amend. ECF No. 38. Before the District Judge could rule on the Findings and Recommendations, plaintiff submitted a motion for leave to amend. ECF No. 52. That motion (ECF No. 52) is hereby DENIED as moot and premature.

On September 19, 2026, the District Judge adopted the recommendation that plaintiff's complaint be dismissed with partial leave to amend. ECF No. 56. Plaintiff was given 30 days to file an amended complaint. The 30 days have now passed, and plaintiff has taken no action.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: October 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE